UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

JAMES U. PAYNE,

          Plaintiff,

v

CHRISTOPHER R. BOULTER, et al

          Defendants.

Case #11-14023

HON.

---

| | |
|---|---|
| JAMES U. PAYNE<br>213 E. Robinson Street<br>Jackson, MI 49203<br>(517) 783-5049 | G. GUS MORRIS (P32690)<br>McGRAW MORRIS P.C.<br>Attorneys for Defendant, Christopher Boulter<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI 48084<br>(248) 502-4000<br>gmorris@mcgrawmorris.com |

---

## NOTICE OF REMOVAL

---

Now comes Defendant, CHRISTOPHER R. BOULTER, by and through his attorneys, McGraw Morris P.C., by G. Gus Morris, and pursuant to 28 U.S.C. §1441, §1443, and §1446, hereby provide notice of removal of this action from the State of Michigan, Circuit Court for the County of Jackson, to the United States District Court for the Eastern District of Michigan, and in support of same, state as follows:

1.     On or about May 16, 2011, Plaintiff, James U. Payne, filed his Complaint in the Circuit Court for the County of Jackson, State of Michigan, captioned *James U. Payne v. Christopher R. Boulter, et al.*, Case No. 11-01407-CZ. The Complaint alleges violations of

Plaintiff's constitutional rights under the Fourth and Fourteenth Amendments of the United States Constitution. (**Exhibit 1 – Complaint, ¶ 1.**) Accordingly, the Complaint alleges a federal question that is subject to removal under 28 U.S.C. §1441 and §1443.

2. As of the date of this Notice of Removal, it does not appear as if Plaintiff has properly served Defendant. However, it appears as if Plaintiff attempted to serve Defendant Boulter by First Class mail on or about September 1, 2011. However, in lieu of personal service, Defendant's Counsel agrees to accept service on behalf of Defendant Boulter as of the date of this Notice of Removal.

3. Plaintiff has attempted to assert a claim pursuant to 42 U.S.C. §1983 alleging violations of his rights under the Fourth and Fourteenth Amendments of the United States Constitution. (**Ex. 1, ¶ 1.**) Therefore, removal is appropriate pursuant to 28 U.S.C. §1441.

5. That this Notice of Removal is timely pursuant to 28 U.S.C. §1446(b), having been filed within 30 days of the date Defendant was served with the pleadings setting forth Plaintiff's claim for relief under 42 U.S.C. §1983.

6. That pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the Circuit Court for the County of Jackson, State of Michigan, as well as upon Plaintiff, who is representing himself *in pro per*.

WHEREFORE, Defendant, CHRISTOPHER R. BOULTER, removes the above-entitled action from the Circuit Court for the County of Jackson, State of Michigan, to this Court, and requests that this action be placed on the docket of this Court for further proceedings as though this action had originally been instituted in this Court.

Respectfully submitted,

**McGRAW MORRIS P.C.**

By: s/ G. GUS MORRIS
G. GUS MORRIS (P32960)
Attorney for Defendant, Christopher Boulter
2075 W. Big Beaver Road, Ste. 750
Troy, MI   48084
(248) 502-4000
gmorris@mcgrawmorris.com

Dated:  September 14, 2011.

3

UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

JAMES U. PAYNE,

        Plaintiff,

v

CHRISTOPHER R. BOULTER, et al

        Defendants.

Case #11-14023

HON.

---

| JAMES U. PAYNE | G. GUS MORRIS (P32690) |
|---|---|
| 213 E. Robinson Street | McGRAW MORRIS P.C. |
| Jackson, MI 49203 | Attorneys for Defendant, Christopher Boulter |
| (517) 783-5049 | 2075 W. Big Beaver Road, Ste. 750 |
| | Troy, MI 48084 |
| | (248) 502-4000 |
| | gmorris@mcgrawmorris.com |

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on September 14, 2011, I caused to be served a copy of the attached NOTICE OF REMOVAL, on behalf of Defendant, CHRISTOPHER R. BOULTER, upon counsel of record; namely, JAMES U. PAYNE, *In Pro* Per, 213 E. Robinson Street, Jackson, Michigan, 49203; via First Class Mail on the aforementioned date.

4

Respectfully submitted,

**McGRAW MORRIS P.C.**

By: s/ G. GUS MORRIS
G. GUS MORRIS (P32960)
Attorney for Defendant, Christopher Boulter
2075 W. Big Beaver Road, Ste. 750
Troy, MI   48084
(248) 502-4000
gmorris@mcgrawmorris.com

# EXHIBIT 1

| Approved, SCAO | | Original - Court<br>1st copy - Defendant | | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|---|---|

| **STATE OF MICHIGAN**<br>12th   JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>www.d12.com   COUNTY PROBATE | SUMMONS AND COMPLAINT<br>Hon. Thomas D. Wilson<br>P42371 | **CASE NO.**<br>11-0 14-07 CZ |
|---|---|---|

**Court address**
Jackson Court Building, 312 S. Jackson St., Jackson, Michigan 49201
Court telephone no. (517) 788-4037

| Plaintiff name(s), address(es), and telephone no(s).<br>James U Payne 213 E. Robinson<br>(517) 783-5049 | v | Defendant name(s), address(es), and telephone no(s).<br>Christopher R. Braulter<br>ET. AL. |
|---|---|---|
| Plaintiff attorney, bar no., address, and telephone no.<br>NONE | | |

**SUMMONS** **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file an answer with the court and serve a copy on the other party or to take other lawful action (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued<br>5-16-11 | This summons expires<br>8-16-11 | Court clerk<br>Marna G. Czarnecki |
|---|---|---|

*This summons is invalid unless served on or before its expiration date.

**COMPLAINT** *Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.*

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action ☐ remains   ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint/
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action ☐ remains   ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| Place where action arose or business conducted | |

I declare that the complaint information above and attached is true to the best of my information, knowledge, and belief.

| Date<br>5/16/2011 | Signature of attorney/plaintiff<br>James M. Payne |
|---|---|

If you require special accommodations to use the court because of disabilities, contact the court immediately to make arrangements.

MC 01 (9/08)   SUMMONS AND COMPLAINT   MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

**DATA LEGAL FORMS**
Easy toll free ordering 1-800-748-0205 · 1-810-450-0411
24 hour fax 1-810-450-5317.

| | | Original - Court | 2nd copy - Plaintiff |
| | | 1st copy - Defendant | 3rd copy - Return |

**STATE OF MICHIGAN**
12th **JUDICIAL DISTRICT**
**JUDICIAL CIRCUIT**
www.d12.com

**SUMMONS AND COMPLAINT**

Page    of    pages
Hon. Thomas D. Wilson

**CASE NO.**

11 - 01407 CZ

Court address
Jackson Court Building, 312 S. Jackson St., Jackson, Michigan 49201

Court telephone no.
(517) 788-4037

They Violated my 4th and 14th Amendments of the United States Constitution. They took money, my Suv with Stereo sound system, papers that shows I have sold cars, and came and tore up my house

5/16/2011

James M. Page